9130230.003
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
-----------------------------------------------------------X

TROPICAL SHIPPING & CONSTRUCTION
CO., LTD.,

      Plaintiff,

   -against-         CASE NO.

MGM PRODUCTS, INC.,

      Defendant.

-----------------------------------------------------------X

## CIVIL COMPLAINT IN ADMIRALTY

Plaintiff, TROPICAL SHIPPING & CONSTRUCTION CO., LTD. ("TROPICAL"), by its attorney, as and for its Complaint against defendant MGM PRODUCTS, INC. in personam, in a cause of action civil and maritime, alleges upon information and belief:

## THE PARTIES

1. TROPICAL is a vessel operating common carrier that is engaged in shipping cargo to and from the United States and Canada to the Bahamas and the Caribbean.

2. Upon information and belief at all times hereinafter mentioned defendant was and still is a Florida corporation with offices and a place of business at 81 NW 40th Street, Miami, FL 33142.  Defendant is a consignee of cargo in relation to TROPICAL as carrier.

## JURISDICTION

3. This Court has jurisdiction pursuant to 28 U.S.C. Section 1333. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. Plaintiff is seeking to enforce rights under maritime contracts, namely bills of lading.

## VENUE

4. Venue in this case is proper. Pursuant to the terms of the applicable bills of lading and credit agreement the United States District Court for the Southern District of Florida is the sole and exclusive forum for any claim or dispute arising under the bills of lading.

## FACTUAL ALLEGATIONS

5. During January 2012 and February 2012 the shipper delivered certain goods for carriage by TROPICAL to defendant at the agreed charges to be paid by defendant to TROPICAL pursuant to TROPICAL's contracts of affreightment.

6. Thereafter, the said goods were transported by TROPICAL to the Port of Palm Beach and delivered to defendant as consignee.

7. TROPICAL has duly performed all duties and obligations required to be performed by TROPICAL.

8. Defendant has failed and refused to remit payment of $4,720.00 in ocean freight and related charges assessed in accordance with TROPICAL's applicable contracts of affreightment, and defendant is the responsible party to pay such charges. The ocean freight and related charges are summarized on Exhibit 1 hereto.

9. In accordance with paragraph 5 of the credit agreement between TROPICAL and defendant, as a result of this suit defendant is responsible to TROPICAL for 33% of the $4,720.00 of the outstanding freight charges in liquidated damages amounting to $1,557.60  A copy of the credit agreement is attached as Exhibit 2.

10. By reason of the foregoing, TROPICAL has sustained damages in the amount of $6,277.60 which, although duly demanded, have not been paid by defendant.

WHEREFORE, plaintiff prays:

1. For judgment in the amount of $6,277.60 against defendant, together with interest thereon, applicable attorney's fees, costs and disbursements, all as provided in the applicable tariff and contracts of affreightment.

2. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendant citing defendant to appear and answer all the singular matters aforesaid.

3. That plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated:  Key Biscayne, Florida
         July 29, 2013

HALLEY & HALLEY, P.A.

By:  /S/ Thomas V. Halley
Thomas V. Halley
Florida Bar No. 0694363
Attorney for Plaintiff
200 Crandon Blvd., Suite 332
Key Biscayne, FL 33149
Tel. 305 365-1237
Fax. 305 361-3354
thalley@shiplaw.net